Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re _Sandra R. Anderr_,
   Debtor

Case No. _09-18358_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_   Check one  ☒  With the filing of the petition, or
                         ☐  On or before x _5-21-09_

   $ _68.50_   on or before x _6-21-09_

   $ _68.50_   on or before x _7-21-09_

   $ _68.50_   on or before x _8-21-09_

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 1 2009

**KENNETH S. GARDNER, CLERK**
PS REP. - SJ

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney        Date

X _Sandra R. Anderr_   _5/21/09_
Signature of Debtor        Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____   _____
Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____ Illinois ____

In re _Sandra R Anderson_,
Debtor

Case No. 09-18358

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐   With the filing of the petition, or
                                ☐   On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **MAY 2 1 2009**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**
_____
Kenneth S. Gardner Clerk of the Court